UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLOUS ROSS, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CERTIFIEDSAFETY, INC.; CHEVRON CORPORATION; CHEVRON U.S.A. INC.,; VALERO ENERGY CORPORATION; and VALERO REFINING COMPANY-CALIFORNIA,<br><br>Defendants. | Case No. 4:18-cv-04379-HSG<br><br>**ORDER RE STIPULATION TO DISMISS VALERO ENERGY CORPORATION WITHOUT PREJUDICE**<br><br>[Complaint Filed: July 18, 2018] |

**IT IS HEREBY ORDERED THAT:**

Defendant Valero Energy Corporation is hereby dismissed without prejudice.

Date: September 13, 2018

*Haywood S. Gilliam Jr.*

The Honorable Haywood S. Gilliam, Jr.

SMRH:487703694.2

-1-

ORDER