UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLOUS ROSS, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>CERTIFIEDSAFETY, INC.; CHEVRON CORPORATION; CHEVRON U.S.A., INC.; VALERO ENERGY CORPORATION; and VALERO REFINING COMPANY-CALIFORNIA,<br><br>Defendant. | Case No: 4:18-CV-04379 - HSG<br><br>**ORDER GRANTING DEFENDANT VALERO REFINING COMPANY – CALIFORNIA'S ADMINISTRATIVE MOTION TO MAKE TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br><u>**Case Management Conference Date**</u><br>Date:   October 23, 2018<br>Time:   2:00 p.m.<br>Courtroom:  2<br><br>Complaint Filed:  July 18, 2018 |

It is hereby Ordered that Thomas R. Kaufman, attorney for Valero Refining Company – California may appear via telephone for the Case Management Conference currently set for October 23, 2018 at 2 p.m.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Date:  October 22, 2018

*Haywood S. Gilliam Jr.* (signature)

The Honorable Haywood S. Gilliam, Jr.

SMRH:488187732.1    -1-    *Case No. 4:18-cv-04379*
ORDER GRANTING ADMINISTRATIVE MOTION TO APPEAR VIA TELEPHONE