UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLOUS ROSS, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CERTIFIEDSAFETY, INC.; CHEVRON CORPORATION; CHEVRON U.S.A. INC.,; VALERO ENERGY CORPORATION; and VALERO REFINING COMPANY-CALIFORNIA,<br><br>Defendants. | Case No. 4:18-cv-04379-HSG<br><br>**ORDER RE STIPULATION TO DISMISS VALERO REFINING COMPANY-CALIFORNIA WITHOUT PREJUDICE**<br><br>[Complaint Filed: July 18, 2018] |

**IT IS HEREBY ORDERED THAT:**

Pursuant to Docket 51 (Stipulation to Dismiss Valero Refining Company-California Without Prejudice) filed on October 31, 2018, Defendant Valero Refining Company - California is hereby dismissed from the action without prejudice.

Date: November 15, 2018

*Haywood S. Gilliam Jr.*

The Honorable Haywood S. Gilliam, Jr.